.ROY HANSFORD and BELLE HANSFORD, v. ROY PEACOCK

19 So. (2nd) 576                                    June Term, 1944
November 3, 1944                                    Division B

*B. L. Solomon,* for appellants.
*Marion B. Knight,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.